961 A.2d 55

**Gabriel GONZALEZ, Petitioner**

v.

**Dr. Jeffrey A. BEARD, PH.D., Secretary of Pennsylvania Department of Corrections, Central Office of Review Committee, Respondent.**

Supreme Court of Pennsylvania.

Nov. 24, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of November, 2008, the Petition for Allowance of Appeal is dismissed as improvident. *See* Pa.R.A.P. 1101 (the correct means to perfect an appeal from a matter originally commenced in the Commonwealth Court is to file a notice of appeal in accordance with the rules regarding appeals from lower courts); Pa.R.A.P. 903(a) (a notice of appeal shall be filed within 30 days after entry of the order being appealed). The Application for Relief is denied as moot.